**Appeal Dismissed and Memorandum Opinion filed January 28, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00870-CV

### VINCE THOMAS, Appellant

### V.

### COX'S FOODARAMA, INC., Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-48122**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 30, 2019. The notice of appeal was filed October 28, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (fees and costs).

On December 10, 2019, this court ordered appellant to pay the appellate filing fee on or before January 6, 2020, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.